# EXHIBIT K

# WALBRIDGE ALDINGER COMPANY

777 Woodward Avenue, Suite 300
Detroit, Michigan 48226-3529

Phone: 313.963.8000
Fax: 313.963.8150

# TRADE CONTRACT

DATE: 6/27/2008

TRADE CONTRACT NO. 1-1658-0807
VENDOR NO: 70690
COST CODE: 08300 - Special Doors
W/A COMPANY NO: 10 - Walbridge Aldinger

| | |
|---|---|
| **TRADE CONTRACTOR:** | Detroit Door<br>111 E Twelve Mile Rd<br>Madison Heights, MI 48071<br>Attn: Dave Lense<br>248-398-1200 Phone / 248-398-4734 Fax |
| **TRADE CONTRACT FOR:** | Overhead Door |
| **PROJECT AND SITE:** | U of M North Quad<br>617 E. Huron Street<br>Ann Arbor, MI 48104 |
| **OWNER:** | The Regents of The University of Michigan<br>326 E. Hoover Avenue<br>Ann Arbor, MI 48109-1002 |
| **ARCHITECT/ENGINEER:** | Einhorn Yaffee Prescott<br>Argus Building 412 Broadway PO Box 617<br>Albany, New York 12201-0617 |

AGREEMENT BETWEEN OWNER AND CONSTRUCTION MANAGER:   18th day of November, 2005 (Dated)

TRADE CONTRACT PRICE:   Fifty four thousand five hundred and 00/100   $54,500.00

INCLUDES PERFORMANCE BOND AND PAYMENT BOND PREMIUM: Yes   100 %

RETAINAGE:   10.00% unless othewise provided in the Agreement between Construction Manager and Owner.

DRUG AND ALCOHOL TESTING SITE   Yes (See Special Conditions)

MINORITY GOALS: (0.00%) Total Goal)
(0.00% MBE) (0.00% WBE) (0.00% DBE)   (0.00% OTHER)

Walbridge Aldinger Company ("Construction Manager") and Detroit Door ("Trade Contractor") with offices at the address shown above, hereby agree to, and execute this Trade Contract, with all Articles and Exhibits attached and incorporated herein, as of the date stated above

WITNESSES:
By: Breanna Pettinga
Title: Contract Administrator
Date: 12/1/08

WALBRIDGE ALDINGER COMPANY
By: Peter Hellekjaer
Title: Vice President
Date: 11/26/08

WITNESSES:
Stephanie McLear
By:
Title: Executive Assistant
Date: November 4, 2008

TRADE CONTRACTOR: Detroit Door:
Dave Lense
By:
Title: Vice President
Date: November 4, 2008

*Contract Received NOV 21 2008 WA*

**EXHIBIT** K. Rulinsky 10-30-09

---

Author: Tim Boden   Approved by: Peter Hellekjaer   Date: 7/24/2008   Revision No 15-03/08

# JOINT PAYMENT AGREEMENT

Parties:
1) <u>Walbridge Aldinger</u>, located at 777 Woodward Avenue, Suite 300, Detroit, Michigan 48226-3529, hereinafter called Contractor
2) <u>Detroit Door & Hardware</u>, located at 111 E. 12 Mile, Madison Heights MI, 48071, hereinafter called Subcontractor
3) <u>Michigan Commercial Door Group, LLC</u>, located at 111 E. 12 Mile, Madison Heights MI, 48071, hereinafter called Supplier

Project Name & Address

U of M North Quad, 617 E. Huron Street, Ann Arbor, MI 48104

With this agreement made and entered into on the 28th day of August, 2009 by and between Contractor, Subcontractor, and Supplier, Supplier agrees to sell and deliver overhead doors, operators, and related accessories, and labor as specified in Contractor's contract no. 4-1658-0807 dated 6-27-08, including all additions and changes thereto, on credit under Supplier's standard terms of sale to Subcontractor for use as specified for the above-mentioned project. In consideration of the materials sold, delivered and labor performed by Supplier to Subcontractor for use on the above-mentioned Project after the execution of this Agreement, Contractor agrees to issue payment to Subcontractor for all materials provided by Supplier in the form of checks made jointly payable to Subcontractor and Supplier as payment becomes due.

Subcontractor hereby grants to Supplier, its agents, successors, and assigns a Power of Attorney to endorse on their behalf, jointly and severally, all checks, drafts, and negotiable instruments of every kind and character given in payment of any obligations from Contractor under the above-mentioned Project.

It is specifically acknowledged and agreed by the Contractor, Subcontractor and Supplier that this Joint Payment Agreement is not intended to create any form of condition precedent relative to payment by Subcontractor to Supplier for goods, materials and labor sold and delivered by Supplier to Subcontractor for use on the above-mentioned Project and that payment to Supplier by Subcontractor. In the event of non-payment by Subcontractor, Supplier retains all rights and remedies available to it as a seller of goods to Subcontractor and as a supplier of materials and labor specified for the above-mentioned project.

| ALL CHECKS SHOULD BE MAILED TO: Michigan Commercial Door Group, LLC, 111 E 12 Mile, Madison Heights, MI 48071 |
|---|

Contractor: Company Name: <u>Walbridge Aldinger</u>
By: *William F. [signature]*, Title: <u>Asst. Vice President</u>

Subcontractor: Company Name: <u>Detroit Door & Hardware</u>
By: *[signature]*, Title: *President*

Notary: County of <u>Oakland</u>   State of <u>Michigan</u>
Subscribed and sworn before me this <u>27th</u> day of <u>August</u>, 2009.
Notary Public: *Valerie R. Milacke*

Supplier: Company Name: <u>Michigan Commercial Door Group, LLC</u>
By: *[signature]*, Title: *President*

\* Includes attached Rider, dated September 17, 2009

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side)

TO OWNER: Walbridge Aldinger Company
777 Woodward Avenue, Suite 300
Detroit, Michigan 48226-3529

PROJECT: U of M North Quad
617 E. Huron Street
Ann Arbor, MI 48104

APPLICATION NO: 1
PERIOD TO: 10/31/2009
PROJECT NOS:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM CONTRACTOR: Detroit Door & Hardware Company
111 E. 12 MILE ROAD
MADISON HGTS, MI 48071

CONTRACT DATE: 6/27/2008
CONTRACT# 1-1658-0807
DDH JOBS # 70177

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 54,500.00 |
| 2. Net Changes by Change Orders | | - |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 54,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 54,500.00 |
| 5. RETAINAGE: | | |
| a. 10% of Completed Work (Column D + E on G703) | $ 5,450.00 | |
| b. 0% of Stored Material (Column F on G703) | $ - | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) | $ | 5,450.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ | 49,050.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | - |
| 8. CURRENT PAYMENT DUE | $ | 49,050.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 5,450.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _[signature]_ Date: 10/20/2009
Michael Wilt, President
State of: Michigan
County of: Oakland
Subscribed and sworn to before me this 20th day October 2009
Valerie Milledge
Notary Public: Macomb/Acting in Oakland
My Commission expires: August 20, 2014

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............. $
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)
ARCHITECT:
By: Date:
This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

G702-1992

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20005-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.